FILED

April 1, 2019

Clerk, U.S. District Court
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| LORIANN M. NOVAK,<br><br>               Plaintiff,<br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>               Defendant. | CV 16-82-GF-JTJ<br><br>**ORDER** |

Plaintiff Loriann M. Novak (Novak) has moved for an order approving an award of attorney's fees to her counsel under 42 U.S.C. § 406(b)(1) in the amount of $24,086.63. The fee amount represents 25% of the past due benefits that Novak received from the Social Security Administration. The fee amount is consistent with the terms of the fee agreement that Novak and her attorney William O. Bronson, Esq. executed on July 7, 2016. (Doc. 21-3). The Acting Commissioner of the Social Security Administration does not oppose the motion.

The Court finds that the requested fee amount is reasonable.

Accordingly, IT IS HEREBY ORDERED:

1.     Novak's Motion for an Award of Attorney's Fees under 42 U.S.C. § 406(b)(1) (Doc. 20) is GRANTED.

2. Novak's attorney William O. Bronson is entitled to recover attorney's fees under 42 U.S.C. § 406(b)(1) in the amount of $24,086.63.

DATED this 2nd day of April, 2019.

John Johnston
United States Magistrate Judge